ACCEPTED
03-14-00375-CV
7388426
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 11:20:39 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 11:20:39 AM
JEFFREY D. KYLE
Clerk

DOUGLAS D. GEYSER
ASSISTANT SOLICITOR GENERAL

(512) 936-2540
DOUGLAS.GEYSER@TEXASATTORNEYGENERAL.GOV

October 15, 2015

**VIA FILE & SERVEXPRESS**

Mr. Jeffrey D. Kyle, Clerk
Third District Court of Appeals
209 W. 14th Street, Room 101
Austin, Texas 78701

  Re: No. 03-14-00375-CV; *AusPro Enterprises, LP v. Texas Department of Transportation*

Dear Mr. Kyle:

  This letter acknowledges that oral argument in the above-referenced case has been set for November 18, 2015, at 9:00 a.m. I intend to present argument on behalf of Appellee Texas Department of Transportation.

      Sincerely,

      /s/ Douglas D. Geyser
      Douglas D. Geyser
      *Counsel for Appellee*

cc: counsel for AusPro Enterprises, LP